RECEIVED
NOV 0 5 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
_WESTERN_ DIVISION

Satya Latrice Wright, )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

Case No. _5:20-CV-587-BO_
(To be assigned
by the Clerk of
District Court)

vs.

Eclerx – LLC )
HR- Laura Holtz )
Michael Cole, Lucinda Love, )
Lakendra Duncan, Terrance Andrews
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

1. Plaintiff resides at _See exhibit. 6784-5 SW Willowbrook Drive Fayetteville NC 28314_

2. Defendant(s) name(s): _Eclerx LLC Laura Holtz-HR 235 N. McPherson Church rd_

1

Location of principal office(s) of the named defendant(s):

235 McPherson Church rd Suite 202
Fayetteville, NC 28303

Nature of defendant(s) business: Call Center

Approximate number of individuals employed by defendant:

more than 100.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

(A) _____ Failure to employ me.

(B) __X__ Termination of my employment.

(C) _____ Failure to promote me.

(D) __X__ Other acts as specified below:

Invasion of Privacy, Sexual harassment, discrimination of Sexual orientation, Retaliatory Discrimination

2

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) \_\_X\_\_ not presently employed by the defendant.

   The dates of employment were \_10-2018 - 11-2019\_.

   Employment was terminated because:

   (1) \_\_X\_\_ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) \_\_X\_\_ my sex.

   (D) _____ my national origin.

   (E) \_\_X\_\_ other as specified below:

   Invasion of privacy, Retaliaty Discrimination Sexual orientation as a straight woman

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Terrance Andrews, Joya Johnson, Laura Hultz, Lucinda Love, Michael Cole, Lakendra Duncan, Angie Redenbergers → WF Gay & Terrance Andrews Blk male, Joya Johnson Blk F Laura WF, Lucinda Love BF, Michael Cole, BlkM → Gay Lakendra Duncan female Black → Bisexual,

3

8. The alleged discrimination occurred on or about  Between the months of May - November 2019.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

See exhibit

10. The alleged illegal activity took place at: 235 McPherson Labcorp - owen drive fayetteville NC

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about May 2020. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 8-18-2020.

4

12. I seek the following relief:

   (A) __✓__ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __✓__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   11-5-20
   Date

   Latuya L. Urqt
   Signature of Plaintiff

   8 6784-5 Willowbrook Dr
   Fayetteville NC, 28314
   910.257.5944
   Address and Phone Number of Plaintiff

5