UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SATOYA LATICE WRIGHT, | )<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | )   **JUDGMENT IN A CIVIL CASE**<br>)   **CASE NO. 5:20-CV-587-BO** |
| ECLERX, LLC, LAURA HOLTZ, MICHAEL COLE, LUCINDA LOVE, LAKENDRA DUNCAN, AND TERRANCE ANDREWS, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff has failed to effect proper service on any defendant and the time for doing so has expired. She has further failed to state a claim upon which relief can be granted. Defendant eClerx's motion to dismiss [DE 20] is GRANTED and plaintiffs amended complaint is
DISMISSED in its entirety.

This Judgment filed and entered on May 5, 2023, and copies to:

Satoya Latice Wright                                   (Sent to PO Box 25562 Fayetteville, NC 28314 via US Mail)

Kevin J. Dalton                                            (via CM/ECF electronic notification)

May 5, 2023                                                 PETER A. MOORE, JR.
                                                                     Clerk of Court

                                                         By: /s/ Nicole Sellers
                                                         Deputy Clerk